

**FILED**

08/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0400

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0400

IN THE MATTER OF:

H.K.,

A Youth in Need of Care.

**FILED**

AUG 17 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellate Defender Chad Wright has asked this Court to permit an out-of-time appeal for Respondent/Appellant Birthmother from an April 27, 2021 Order entered by the Eighth Judicial District Court, Cascade County, in Cause No. 19-271(b). The Attorney General's Office has been contacted and does not object to this request.

An out-of-time appeal is allowed when "extraordinary circumstances amounting to a gross miscarriage of justice" may arise. M. R. App. P. 4(6). The petition filed in this matter raises sufficient grounds to constitute the extraordinary circumstances justifying an out-of-time appeal.

Therefore,

IT IS ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that the Office of Appellate Defender shall have thirty days from the date of this Order within which to prepare, file, and serve a Notice of Appeal and a Request for Transcripts in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 12 day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____

Justices